# United States District Court
## CIVIL MINUTES - GENERAL

Date: May 29, 2026                                       Case No.: 4:26cv246-MW
Time: 10:59 a.m. – 1:10 p.m.

### ANTHONY F SABATINI v. CORD BYRD and RON DESANTIS

DOCKET ENTRY: Preliminary Injunction Hearing held.  Motion for Preliminary Injunction is DENIED. An Order will follow.

PRESENT:  **MARK E. WALKER, U. S. DISTRICT JUDGE**

Kimberly Westphal                          Megan Hague
Deputy Clerk                               Court Reporter

ATTORNEYS APPEARING FOR PLAINTIFF:
Anthony Sabatini
Gavin Rollins

ATTORNEYS APPEARING FOR DEFENDANTS:
Bilal Faruqui
Ashley Davis

10:59  Court in session
       Parties addressed by the Court
11:03  Argument to the Court by Plaintiff (Sabatini)
11:46  Court questions the parties
11:51  Court in recess

12:05  Court in session
       Court questions the parties
12:31  Responsive argument to the Court by Defendant (Faruqui)
12:39  Reply argument to the Court by Plaintiff (Sabatini)
12:45  Court in recess

12:56  Court in session
       Court states the decision on the record; an Order will follow
1:10   Court in recess