**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

ANTHONY SABATINI,
     Plaintiff,

v.                                Case No. 4:26-cv-00246-MW-MJF

CORD BYRD, in his official capacity as
Secretary of State of Florida, and
RON DESANTIS, in his official capacity
as Governor of Florida,
     Defendants.
_____/

## NOTICE OF EMERGENCY STATUS

Plaintiff Anthony Sabatini respectfully files this Notice of Emergency Status regarding Plaintiff's pending Motion for Preliminary Injunction (ECF No. 24).

This matter is time-sensitive and requires expedited consideration. Plaintiff is currently an elected Lake County Commissioner and is running for the United States House of Representatives.

Florida's qualifying period for candidates for Representative in Congress begins on **Monday, June 8, 2026,** and closes on **Friday, June 12, 2026.** Under the challenged statutory scheme, Plaintiff faces the imminent risk of being forced to choose between qualifying for Congress and suffering the State's asserted consequences concerning his elected Lake County Commission seat.

Plaintiff's position is that Florida may not require him to resign from, forfeit, or be deemed to have resigned from his elected county commission seat as a condition of running for Congress.

Absent expedited consideration, Plaintiff may suffer immediate and irreparable harm before meaningful relief can be obtained.

Plaintiff therefore respectfully requests that the Court treat the pending Motion for Preliminary Injunction (ECF No. 24) as emergency in nature and consider it on an expedited basis.

Respectfully submitted,

/s/ Anthony F. Sabatini
ANTHONY F. SABATINI, ESQ.
FL BAR No. 1018163
SABATINI LAW FIRM, P.A.
1601 E. 1ST AVENUE
MOUNT DORA, FL 32757
T: (352)-455-2928
anthony@sabatinilegal.com

/s/ Gavin B. Rollins
GAVIN B. ROLLINS, ESQ.
FL BAR No. 1064417
gavin@sabatinilegal.com
SABATINI LAW FIRM, P.A.
1601 E. 1st AVENUE
MOUNT DORA, FL 32757
T: (352)-328-4892

## CERTIFICATE OF SERVICE

2

I HEREBY CERTIFY that on June 4, 2026, I served a true and correct copy of the foregoing by email and/or CM/ECF on counsel for Defendants, the Florida Department of State, and the Florida Attorney General.

*/s/ Anthony F. Sabatini*